**94–937.** Miller v. Cincinnati Ins. Co. *Mercer County,* No. 10–93–22. Reported at 70 Ohio St.3d 1416, 637 N.E.2d 12. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–981.** Zukowski v. M/I Homes, Inc. *Franklin County,* No. 93AP–1096. Reported at 70 Ohio St.3d 1416, 637 N.E.2d 12. On motion for reconsideration. Motion denied.

**94–993.** River Downs Invest. Co. v. Ohio Bur. of Workers' Comp. Action pursuant to R.C. 4121.25. Reported at 70 Ohio St.3d 1408, 637 N.E.2d 5. On motion for reconsideration. Motion denied.